UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:08CV-P599-H

**HENRY BECK LIVINGSTON**                          **PLAINTIFF**

**V.**

**CHRISTIAN HARROD**                             **DEFENDANT**

### ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) and (2) as frivolous, for failure to state a claim upon which relief may be granted, and for seeking damages from a defendant immune from such relief.

There being no just reason for delay in its entry, this is a **final Order**.

This Court further **certifies** that an appeal would be frivolous and, therefore, not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: August 12, 2009

                                            **John G. Heyburn II, Judge**
                                            **United States District Court**

cc:      Plaintiff, *pro se*
          Defendant
4412.005